Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED** JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

L RAY LOCKE, an individual,

Plaintiff,

vs

TRAUNER, COHEN, & THOMAS, LLP., an entity of unknown form; JEFFREY BUFFORD, an individual; MS. "JANE DOE" BUTLER, an individual; DOES 1-10, inclusive,

Defendants.

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1165 J RBB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Deborah L. Raymond
Law Offices of Deborah L. Raymond
445 Marine View Avenue, Suite 305
Del Mar, CA 92014            Tel: 858-481-9559

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    JUN 3 0 2008
CLERK                                      DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)